JAMES S. CHANDLER v. ELISHA RIGGS ET AL.

Mandate—Judgment in Conformity Thereto—Court of Appeals Without Power
to Modify.

The Court of Appeals is without legal power to modify or change the
judgment of a lower court rendered in conformity to its former opinion
and mandate.

APPEAL FROM LYON CIRCUIT COURT.

December 22, 1868.

OPINION OF THE COURT BY JUDGE PETERS:

Appellant in his answer and cross-petition avers that the
superior title to the land was in Briggs and wife, and not in his
vendor; but he does not allege that he entered under Gist & Co.,
nor that he had made valuable, and lasting improvements on the
land and does not ask for compensation for any amelioration of
the land if he was never in possession thereof, and actually made
such; consequently in the opinion and mandate of this court,
appellees having shown themselves entitled to the land directed a
judgment to be rendered therefor pretermitting any compensa-
tion for improvements. The court below on the return of the
cause rendered judgment in conformity to said opinion and man-
date, by which the question now raised was concluded, and this
court has no legal power to modify, or change, the same.

Wherefore the judgment is *affirmed*.

*Bush & Bush, for appellant.*